Dear Your Honor:

    I am Patsy Reed and I am writing on behalf of my son, Timothy Humphries. He has been my son from the time he was seven days old. From the minute Tim became my son we began to shape his character, his values, and morals. He was independent from a very early age telling me at age three that he didn't need helping taking a bath or picking out his clothes. He was alert and always paying attention to everything around him. On a Saturday in the summer our family was outside working in the yard. Tim came to me a couple of times saying that something was wrong with the transformer on the pole across from our house. He said it was boiling. I finally decided that maybe I should stop and pay full attention. We lived on the main street that went into the St. Joseph County Fair Grounds and the traffic was bumper to bumper. We called the Indiana and Michigan Electric Company and reported the situation. They came out to check and indeed the transformer was very near explosion. They said because of his alertness many lives were saved.

    Tim seems to stay to himself and when the Commodore 10 came out he spent many hours sitting at the computer copying the phone book. Just quietly working away. When he was nine a supervisor from the South Bend Tribune called me and asked if I had a son named Tim. I told him I did and he said he had called him every day for a week asking for a paper route. He said he tried to tell him you had to be twelve to have a route but Tim would not take no for an answer. He came to our house and agreed to give him a route if we helped him do the collections. Thus he started learning his work ethics at a very early age.

    When he was about seventeen he worked at a gas station by our house. It was Christmas Eve and he called me and said that $500.00 had been dropped on the floor when someone paid for gas. He asked me what he was to do with it and I told him someone would come and ask about it to put it behind the counter. He knew it was not a "finder keepers" situation. He also knew he could have put the money in his pocket and no one would be the wiser. Thus he was developing not only a work ethic but honesty in the work place.

    When he was still a teenager he worked at night at a truck cap company cutting out truck caps with a stream of water. It was very difficult and hard work. He worked there for about twelve years in the shipping and receiving in charge of loading 23--24 semi-trucks per shift. After this he worked on a farm for about six years doing hard, dirty work, driving a tractor late. into the night, planting acres and acres of crop, and harvesting.. He went to an auction and purchased some baby calves. He kept them in the back of a large truck with hay and hand feed them until they could eat on their own. Thus work ethics and now compassion. To compensate

4-29-22

Betty C Sumner
34 Preston Ct.
Jacksonville, AR 72076-5313

Dear Honorable Judge,

My name is Betty Sumner. I live in Jacksonville, AR.

I have a small family.

I have one Sister, One Nephew, one Niece and one Great Niece. My Parents are deceased.

My Sister, Patsy Reed and her family lives in South Bend, IN.

When Patsy called and told my husband and me (Now my ex-husband) and my Parents that they were going to pick up a Baby Boy at the adoption agency that is Seven days old to adopt, We were elated! This Baby was Jimmy. We made Numerous trips to IN. to see the family and they made Numerous trips to AR.

I have watched Jim grow into a nice young man. Since I never had children, I just thought Jim and his Sister belonged to me also!

Jim has a great Work Ethic. He loves his job at UPS. I talked to him one evening a while back and he was telling me about his Route. One of his customers raises Camels, one customer raises Peacocks, and one raises Donkeys! He said one day he had to stop his truck for a Brood of ducks to cross the road. He gives the dogs on his route treats.

He has a German Shepard dog "Sarge" and two cats. Which he keeps in the house. They are all spoiled rotten! "Sarge" looks out the window and watches for Tim to come home. Those two are truly a pair!

He has worked since he was about nine years old. When he was working at a farm, sometimes at night harvesting the corn, he would call and talk while he was driving the tractor to check and see how his "Grandma" was doing.

He has been a good Nephew.

I took care of my Mother for 18 years. She lived with me. Tim and his daughter would come down on Vacation. He would help me with Mom. He would help me lift her out of bed so she could come to the Den and visit. He would watch her during the night so I could get some rest. He really likes to cook so most days he said Not to worry about Supper that he would cook. He would say, "Grandma what do you want for supper," and he would cook what ever she wanted.

When Moms health declined to where I couldn't keep her turned by myself and she couldn't swallow and had to have a feeding tube. I had to place her in a Nursing Home. I would stay at the

(3.)

Nursing Home with Mom all day until about 9:00 PM. Tim came down all he could and would do repairs around my house for me and would come to the Nursing Home to see "Grandma" all he could.

My Brother-in law, Tim's step dad, passed away about two weeks before this happened. My Sister was upset and called me about it. We have grieved and prayed about this for over two years.

I hope you can find it in your heart to give Tim minimal time and a place where he can take some classes and work. He likes to be busy. His daughter is still young (18) and will still need the support of her Dad.

This will be hard on my Sister because of her age and health. Tim is her support system.

Tim should not have done what he did But he is sorry for it and I will support him because he is my only nephew and he has never been in any trouble before. I can't physically be there in court on Sentencing day to support Tim But I will be there in Thought and Spirit.

Thank-you Judge for taking time to read this letter.
Have a Blessed Day